B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re  Florinda & Reynaldo Cleto  ,  Case No.  4:12-bk-48953

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Veripro Solutions fka NSMRSI
Name of Transferee

Solace Financial LLC
Name of Transferor

Name and Address where notices to transferee should be sent:
  Veripro Solutions fka NSMRSI
  PO Box 130536 Dallas, TX 75313

Court Claim # (if known):   11
Amount of Claim:   $209,832.70
Date Claim Filed:   02/20/2013

Phone:  469-426-3081
Last Four Digits of Acct #:   3204

Phone:  888-765-2236
Last Four Digits of Acct. #:   4534

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Shauntel Walton           Date: 08/12/2013
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.