B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re  Florinda & Reynaldo Cleto            ,           Case No.   4:12-bk-48953

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Veripro Solutions fka NSMRSI | Solace Financial LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 Veripro Solutions fka NSMRSI
 PO Box 130536 Dallas, TX 75313

Court Claim # (if known):   11
Amount of Claim:   $209,832.70
Date Claim Filed:   02/20/2013

Phone:  469-426-3081
Last Four Digits of Acct #:   3204

Phone:  888-765-2236
Last Four Digits of Acct. #:   4534

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Shauntel Walton            Date: 08/12/2013
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Case: 12-48953    Doc# 39    Filed: 08/12/13    Entered: 08/12/13 15:00:59    Page 1 of 1