WEINSTEIN & RILEY, P.S.
Bethany Wojtanowicz - SBN 292514
2001 Western Ave.
Suite 400
Seattle, WA 98121
Telephone: 206-493-1511
Facsimile: 206-269-3493
Email: BethanyW@w-legal.com
Attorney for Movant

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| In re: | ) **Bk. No.** 12-48953 |
| | ) |
| REYNALDO G. CLETO AND | ) **Chapter** 13 |
| FLORINDA S. CLETO , | ) |
| | ) **STIPULATION TO TAKE HEARING ON** |
| Debtors. | ) **MOTION FOR RELIEF FROM** |
| | ) **AUTOMATIC STAY OFF CALENDAR** |
| | ) |
| | ) Date: August 26, 2015 |
| | ) |
| | ) Time: 01:30 PM |
| | ) |
| | ) Courtroom: 201 |
| | ) |
| | ) Place: U.S. Bankruptcy Court, 1300 Clay |
| | ) Street, Suite 300, Oakland, CA 94612 |
| | ) |
| | ) Judge: The Honorable Roger L. Efremsky |
| | ) |
| | ) |

COMES NOW Nationstar Mortgage LLC, as Servicer for Wilmington Trust, National

Association, as successor Trustee to Citibank, NA, as Trustee to Lehman XS Trust Mortgage

Pass-Through Certificates, Series 2006-13, by and through its attorney, Weinstein & Riley, P.S.

and Reynaldo G. Cleto and Florinda S. Cleto, ("Debtors") by and through their attorney Nathan

David Borris.

It is hereby stipulated that the hearing scheduled for August 26, 2015 at 01:30 P.M. on Nationstar's Motion for Relief from Stay- Real Property be taken off calendar subject to restoration by either of the parties. The debtor currently has a loan modification application pending and the parties request the hearing to be taken off calendar pending final determination of the loan modification application.

The parties respectfully request that the hearing date currently set be taken off calendar subject to request by either party to restore to the courts calendar.

DATED:   August 20, 2015

> Attorney for Movant:
> WEINSTEIN & RILEY, P.S.
>
> /s/ Bethany Wojtanowicz
> Bethany Wojtanowicz
> 2001 Western Ave.
> Suite 400
> Seattle, Washington 98121
> (206)493-1511
> BethanyW@w-legal.com

DATED:   8|20|15

> Attorney for Debtor:
> Law Offices of Nathan D. Borris
>
> Nathan David Borris
> Law Offices of Nathan D. Borris
> 21550 Foothill Blvd, 2nd Fl
> Hayward, CA 94541
> 510-581-7113
> nateborris@gmail.com