Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Bethany Wojtanowicz, Esq., SBN 292514
Weinstein & Riley,
2001 Western Ave, Ste 430,
Seattle, Washington 98121
Phone (206)493-1511,
Fax (206)269-3493,
BethanyW@w-legal.com

FOR COURT USE ONLY

The following constitutes
the order of the court. Signed August 21, 2015

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

☐ *Movant appearing without an attorney*
☒ *Attorney for Movant*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| In re:<br>REYNALDO G. CLETO AND<br>FLORINDA S. CLETO<br><br>             Debtors. | CASE NO.: 12-48953 |
|---|---|
| | CHAPTER: 13 |
| | **STIPULATION TO TAKE HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY OFF CALENDAR** |
| | CURRENT DATE: August 26, 2015<br>TIME: 01:30 PM |

WHEREAS Nationstar Mortgage LLC as Servicer for Wilmington Trust, National Association, as successor Trustee to Citibank, NA, as Trustee to Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-13 ("Movant"), a secured creditor of Reynaldo G. Cleto and Florinda S. Cleto ("Debtors"), referenced above filed a Stipulation to Take Hearing on Motion for Relief From Stay Off Calendar on August 21, 2015 as No.54 on the Court's docket.

WHEREAS both Movant and Debtor's Counsel respectfully requested the hearing regarding the Motion to Relief From Stay, Docket No. 43 be removed from the Court's Calendar pending final determination of the Loan Modification Application of the Debtors.

IT IS HEREBY ORDERED that the hearing on the Motion for Relief From Stay is removed from the Court's Calendar subject to request to restore by either of the parties to the Motion.

### END OF ORDER###

COURT SERVICE LIST