Entered on Docket
November 17, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Weinstein & Riley, P.S.
Bethany Wojtanowicz - SBN 292514
2001 Western Ave., Suite 400
Seattle, WA 98121
Telephone: 206-493-1511
Facsimile: 206-269-3493
Email: BethanyW@w-legal.com
Attorney for Movant

The following constitutes
the order of the court. Signed November 17, 2016

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Reynaldo G. Cleto and Florinda S. Cleto,<br><br>Debtors. | Case No. 12-48953<br><br>Chapter 13<br><br>RS No. BAW-1<br><br>Date: November 16, 2016<br><br>Time: 1:30 p.m.<br><br>Courtroom: 201<br><br>Place: U.S. Bankruptcy Court<br>1300 Clay Street, 2nd Floor<br>Oakland, CA 94612<br><br>Judge: The Honorable Roger L. Efremsky |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

A hearing was held on November 16, 2016 at 1:30 p.m., before the Honorable Judge Roger L. Efremsky for Nationstar Mortgage LLC, as servicer for Wilmington Trust, National Association, as successor Trustee to Citibank, N.A., as Trustee to Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-13 ("Movant") on Motion for Relief from Stay regarding the property located at 357 East Wind Drive, Ripon, CA 95366. Appearances were made by Bethany Wojtanowicz for Movant and no appearance was made on behalf of the Debtors.

IT IS ORDERED that the Motion for Relief from Stay is hereby GRANTED.

IT IS FURTHER ORDERED that the Movant's request for waiver of the 14-day stay is hereby GRANTED.

**END OF ORDER**

# COURT SERVICE LIST